CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT FROM FEBRUARY 24 TO JUNE 1, 1909.

No. 155.  THE TEXAS & PACIFIC RAILWAY COMPANY ET AL., PLAINTIFFS IN ERROR, *v.* B. F. ALLEN.  In error to the Supreme Court of the State of Texas.  February 24, 1909.  Dis-

528          OCTOBER TERM, 1908.

Cases Disposed of Without Consideration by the Court.  214 U. S.

missed with costs on motion of *Mr. W. L. Hall,* for the plaintiffs in error.  *Mr. John F. Dillon, Mr. D. D. Duncan* and *Mr. W. L. Hall* for plaintiffs in error.  No appearance for defendant in error.